**Name:**
Maurice Muhammad
**Email Address:**
mmuhammad16@GMAIL.COM
**Phone Number**
484-894-8100
**Are you filing a new case?**
No, I'm not filing a new case.
**Case Caption**
Muhammad Vs NAR PAR, Glvmls
**Case Number**
5:24-cv-05543
**Description of Document(s)**
Amended Complaint
**Terms of Submission**
Yes
**Do you have a mailing address?**
Yes
**Mailing Address Line 1**
1544 Hamilton St
**City:**
Allentown
**State:**
PA
**Zip Code:**
18102

Show empty values