# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAURICE MUHAMMAD,<br><br>                Plaintiff,<br><br>v.<br><br>NATIONAL ASSOCIATION OF REALTORS, PENNSYLVANIA ASSOCIATION OF REALTORS, GREATER LEHIGH VALLEY MULTIPLE LISTING SERVICE, ALLYSON LYSAGHT, ESQ., JUSTIN POREMBO,<br><br>                Defendants. | Case No. 5:24-cv-05543-JFL<br><br>Hon. Joseph F. Leeson, Jr.<br><br>**DEFENDANTS NATIONAL ASSOCIATION OF REALTORS®, PENNSYLVANIA ASSOCIATION OF REALTORS®, GREATER LEHIGH VALLEY REALTORS®, ALLYSON LYSAGHT, AND JUSTIN POREMBO'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM** |

Defendants National Association of REALTORS®, Pennsylvania Association of REALTORS®, Greater Lehigh Valley REALTORS®, Allyson Lysaght, and Justin Porembo (together "Moving Defendants") bring this Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure because the Second Amended Complaint fails to state a claim upon which relief can be granted.

Moving Defendants respectfully request that the Court dismiss Plaintiff's Second Amended Complaint (ECF No. 49) in its entirety as to all Defendants, with prejudice, pursuant to Rule 12(b)(6).


Dated: March 10, 2025

                                                            NORRIS MCLAUGHLIN P.A.

                                                            *s/ James J. Scanlon*
                                                            James J. Scanlon
                                                           PA Attorney ID 79557
                                                           515 W. Hamilton Street, Suite 502
                                                           Allentown, PA 18101

T: (484) 765-2239
F: (610) 391-1805
jjscanlon@norris-law.com

*Attorney for Defendants National Association of REALTORS®, Greater Lehigh Valley REALTORS®, Justin Porembo, and Allyson Lysaght*

FREEMAN MATHIS & GARY LLP

*s/Ashley L. Taragna*
William H. Catto
PA Attorney ID 73251
Ashley L. Taragna
PA Attorney ID 324209
1600 Market Street, Suite 1210
Philadelphia, PA 19103-7240
T: (215) 279-8085
F: (833) 284-9665
wcatto@fmglaw.com
ashley.taragna@fmglaw.com

*Attorneys for Defendant Pennsylvania Association of REALTORS®*

## **CERTIFICATE OF NONCONCURRENCE**

I, James J. Scanlon, counsel for Defendants National Association of REALTORS®, Greater Lehigh Valley REALTORS®, Justin Porembo, and Allyson Lysaght, do hereby certify that a concurrence to this Motion to Dismiss was sought with Plaintiff. Plaintiff indicated that he did not concur with this Motion.

*s/ James J. Scanlon*
James J. Scanlon
PA Attorney ID 79557

## **CERTIFICATE OF SERVICE**

I certify that on March 10, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will transmit a Notice of Electronic Filing to pro se Plaintiff.

*s/ James J. Scanlon*

James J. Scanlon
PA Attorney ID 79557