UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

MAURICE MUHAMMAD,                      :
            Plaintiff,                 :
                                       :
      v.                               :        No. 5:24-cv-5543
                                       :
NATIONAL ASSOCIATION OF                :
REALTORS (NAR), *et al.*,              :
            Defendants.                :

_____

# O R D E R

**AND NOW**, this 31st day of July, 2025, for the reasons set forth in the Opinion issued

this date, **IT IS HEREBY ORDERED THAT:**

1.    The Motion to Dismiss, ECF No. 54, is **GRANTED**.

2.    The Second Amended Complaint, ECF No. 49, is **DISMISSED with prejudice**.

3.    The discovery-related motions, ECF Nos. 61 and 66, are **DISMISSED as moot**.

4.    The case is **CLOSED**.


                                   BY THE COURT:


                                   */s/ Joseph F. Leeson, Jr.*
                                   JOSEPH F. LEESON, JR.
                                   United States District Judge