# U.S. District Court

## Pennsylvania Eastern - Allentown

Receipt Date: Aug 25, 2025 10:19AM

MAURICE MUHAMMAD

Rcpt. No: 50000499     Trans. Date: Aug 25, 2025 10:19AM     Cashier ID: #ER (2389)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 203 | Notice of Appeal/Docketing Fee | | 1 | 605.00 | 605.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| OTC | OTCnet | #206 | 08/25/2025 | | $605.00 |

Total Due Prior to Payment: $605.00

Total Tendered: $605.00

Total Cash Received: $0.00

**Comments**: MAURICE MUHAMMAD 24-5543 (NOTICE OF APPEAL)

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.